UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| M. E. H.,<br><br>            Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | 4:22-CV-04051-VLD<br><br>ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. § 405(g) |

Upon consideration of the Commissioner's unopposed Motion for Entry of Judgment with an Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the evidence of record, it is hereby

ORDERED that the Commissioner's decision in this matter is reversed and this cause is remanded to the Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).[1]

DATED October 18, 2022.

                                                                BY THE COURT:

                                                                 VERONICA L. DUFFY<br>
                                                                 United States Magistrate Judge

---

[1] The Clerk of Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.